**In re George Y. WU, James M. Wilson, and Catherine H. Wu.**

No. 03–1375.

United States Court of Appeals, Federal Circuit.

June 3, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**MARUT TESTING & INSPECTION SERVICES, INC., Appellant,**

v.

**Stephen A. PERRY, Administrator, General Services Administration, Appellee.**

No. 03–1111.

United States Court of Appeals, Federal Circuit.

June 4, 2003.

*ORDER*

The appellant having failed to file the required Entry of Appearance form it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.